**Order filed August 1, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00327-CV
_____

## IN RE JOANNE WILKIE (BROCHSTEIN) MANCHA, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-45190**

---

## ORDER

This is an original proceeding filed April 17, 2013. On June 27, 2013, relator was deemed indigent; therefore she is entitled to proceed without advance payment of costs. On July 24, 2013, this court granted relator's motion to supplement the record with the record of the hearing held March 15, 2013.

Accordingly, the official court reporter for the 312th District Court is directed to file the reporter's record of the hearing held March 15, 2013 **within 10 days** of the date of this order.

PER CURIAM